UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAID HAJEM,

                              Plaintiff,

    -against-

THE CITY OF NEW YORK, RAYMOND KELLY,      Index No.: 07cv9491
POLICE COMMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, P.O.
RAMKISOON, in their individual and professional
capacities,

                              Defendants.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I, **Christopher Long**, being duly sworn and under the penalties of perjury, deposes and says:

    I am over 18 years of age and am not a party to this action.

    That on 12/11/2007, at approximately 1 a.m./**p.m.**, at 100 CHURCH STREET, MANHATTAN, NY, I served a **Summons and Complaint** upon THE CITY OF NEW YORK, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit TAMEKIA MENDEZ-GAMMON, DOCKETING CLERK

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: _FEMALE_   Race: _BLACK_   Hair: _BROWN_   Approx. Age: _26_
Approx. Ht.: _5'6"_             Approx. Wt.: _120 lbs_

Dated:    Brooklyn, New York
          11 DECEMBER, 2007

By: _____
Christopher Long

Sworn to before me on
the _11_ day of _December_, 2007

_____
Notary Public

MITCHELL DINNERSTEIN
Notary Public, State of New York
No. 02DI5088049
Qualified in New York County
Commission Expires November 10, 20__