UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAID HAJEM.

                            Plaintiff,

    -against-

THE CITY OF NEW YORK, RAYMOND KELLY,          Index No.: 07cv9491
POLICE COMMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, P.O.
RAMKISOON, in their individual and professional
capacities.

                            Defendants.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

        I, **Mark Taylor**, being duly sworn and under the penalties of perjury, deposes and says:

    I am over 18 years of age and am not a party to this action.

    That on **December 14, 2007** I **mailed** a true copy of the Summons and Complaint in this case by first class mail properly enclosed and sealed in a postpaid wrapper addressed to, **Raymond Kelly, One Police Plaza, New York, NY 10038**, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person served.

Dated:      New York, New York
             December 14, 2007

                                              By: _____
                                                 Mark Taylor

Sworn to before me on
the 14th day of December, 2007
_____
    Notary Public

                                      SUSAN V. TIPOGRAPH
                                Notary Public, State of New York
                                   No. 02TI5056931 Kings
                                Qualified in New York County
                               Commission Expires: 9-21-2010

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAID HAJEM,

                         Plaintiff,

     -against-

THE CITY OF NEW YORK, RAYMOND KELLY,        Index No.: 07cv9491
POLICE COMMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, P.O.
RAMKISOON, in their individual and professional
capacities.

                         Defendants.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

     I, **Christopher Long**, being duly sworn and under the penalties of perjury, deposes and says:

     I am over 18 years of age and am not a party to this action.

     That on __11 December__, at approximately __1:30__ a.m/__p.m__, at
__1 Police Plaza, Manhattan, NY__, I served a
**Summons and Complaint** upon __Police Commissioner Kelly__ defendant therein
named, by delivering and leaving a true copy of the **Summons and Complaint** with a
person of suitable age and discretion, to wit __Flaherty, Attorney__

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: **FEMALE**    Race: **WHITE**    Hair: **BROWN**    Approx. Age: **40**
Approx. Ht.: **5'6"**           Approx. Wt.: **120 lbs.**

Dated:       Brooklyn, New York
             **11 DECEMBER** 2007

                                    By: _____
                                        Christopher Long

Sworn to before me on
the **11** day of **December**, 200**7**

_____
Notary Public

MITCHELL DINNERSTEIN
Notary Public, State of New York
No. 02DI5088049
Qualified in New York County
Commission Expires November 10, 20**27**