UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAID HAJEM,

                                       Plaintiff,

     -against-

THE CITY OF NEW YORK, RAYMOND KELLY,      Index No.: 07cv9491
POLICE COMMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, P.O.
RAMKISOON, in their individual and professional
capacities.

                                    Defendants.

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

        I, **Mark Taylor**, being duly sworn and under the penalties of perjury, deposes and says:

        I am over 18 years of age and am not a party to this action.

        That on **December 12, 2007** I **mailed** a true copy of the Summons and Complaint in this case by first class mail properly enclosed and sealed in a postpaid wrapper addressed to, **P.O. Ricardo Ramkissoon, Applicant Processing Division, 4201 4th Avenue, Brooklyn, NY 11232**, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person served.

Dated:    New York, New York
              December 12, 2007

                                                        By: _____
                                                           Mark Taylor

Sworn to before me on
the ____ day of December, 2007

_____
Notary Public

Bruce A. Yerman
Notary Public, State of New York
No. 02YE5051510
Qualified in Nassau County Kings
Commission Expires 12/20/2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAID HAJEM,

                            Plaintiff,

    -against-

THE CITY OF NEW YORK, RAYMOND KELLY,      Index No.: 07cv9491
POLICE COMMISSIONER OF THE NEW YORK
CITY POLICE DEPARTMENT, P.O.
RAMKISOON, in their individual and professional
capacities,

                          Defendants.

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I, **Christopher Long**, being duly sworn and under the penalties of perjury, deposes and says:

    I am over 18 years of age and am not a party to this action.

    That on __12/12/07__ (Date served), at approximately __1:30__ a.m./p.m. (time), at __4201 4TH AVE, BROOKLYN, NY__ (Address served), I served a **Summons and Complaint** upon __P.O. RAMKISOON__ (name of party served), defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit __P.O. EVERS # 31778__ (name of person served)

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: **MALE**  Race: **WHITE**  Hair: **BROWN**  Approx. Age: **35**
Approx. Ht.: **6'1"**   Approx. Wt.: **300 lbs.**

Dated:    Brooklyn, New York
          12 December 2007

By: _____
Christopher Long

Sworn to before me on the 12th day of December, 2007

_____
Notary Public

**Bruce A. Yerman**
Notary Public, State of New York
No. 02YE5051510  Kings
Qualified in Nassau County
Commission Expires 12/20/2009

NTBC
6401 12471 11784