

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Jason Friedman
Labor and Employment Law Division
Telephone: (212) 788-1328
Fax No.: (212) 788-8877
E-mail: jfriedma@law.nyc.gov

MEMO ENDORSED

December 28, 2007

**By Hand Delivery**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

    Re:  Said Hajem v. City of New York, et al.,
          07 CV 09491 (RJS)(▬▬)
          Matter No. 2007040375

Dear Judge Sullivan:

        I am the Assistant Corporation Counsel assigned to defend the above-referenced action. With plaintiff's counsel's consent, I write to respectfully request that defendants' time to respond to the complaint be extended from December 31, 2007 until February 15, 2008. This is defendants' first request for an enlargement of time.

        This extension of time is necessary to permit the gathering of necessary documents, consultation with the clients, and the preparation of an appropriate response to the complaint.

        I thank the Court for its consideration of this request.

Respectfully submitted,

*Jason Friedman*
(by JZ)

Jason W. Friedman
jfriedma@law.nyc.gov
Assistant Corporation Counsel

SO ORDERED
Dated: 1/2/08
*Richard J. Sullivan*
U.S.D.J.