

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Jason Friedman
Labor and Employment Law Division
Telephone: (212) 788-1328
Fax No.: (212) 788-8877
E-mail: jfriedma@law.nyc.gov

March 13, 2008

**MEMO ENDORSED**

Conference adj'd to 4/18/08 9:30
Case Management Plan due 4/11 by 4pm.

SO ORDERED
Dated: 3/14/08
RICHARD J. SULLIVAN
U.S.D.J.

**By Facsimile**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: Said Hajem v. City of New York, et al.,
07 CV 09491 (RJS)(DFE)
Matter No. 2007040375

Dear Judge Sullivan:

I am the Assistant Corporation Counsel assigned to defend the above-referenced action. With plaintiff's consent, I write to respectfully request that the time for the parties to jointly compose a status letter and submit a "Case Management Plan" be extended for two weeks from March 27, until April 10, 2008. This is the defendants' first request for an enlargement of time to submit these documents. The defendants' also request, with plaintiff's consent, that the conference scheduled for April 3, 2008, be adjourned until April 17, 2008.

This extension of time is requested because I will have United States Naval Reserve training from March 14, until March 28, 2008, and will not be able to prepare the documents that this Court ordered on March 12, 2008.

I thank the Court for its consideration of this request.

Respectfully submitted,

Jason W. Friedman
jfriedma@law.nyc.gov
Assistant Corporation Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08