UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAID HAJEM,

Plaintiff,

-v-

No. 07 Civ. 9491 (RJS)
ORDER

CITY OF NEW YORK, *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

RICHARD J. SULLIVAN, District Judge:

By letter dated July 9, 2008, the parties in the above-entitled action jointly request a sixty-day extension of all discovery deadlines set forth in the Case Management Plan and Scheduling Order adopted by this Court on April 18, 2008. However, in their letter, the parties have failed to provide any basis for their request.

Accordingly,

IT IS HEREBY ORDERED THAT the parties' request for an adjournment of the discovery deadlines is DENIED. The parties shall forthwith submit a letter explaining why, in their view, this Court should grant such an adjournment.

SO ORDERED.

Dated:    New York, New York
         July 21, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE