USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAID HAJEM,

                     Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                     Defendants.

No. 07 Civ. 9491 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated July 9, 2008, the parties in the above-entitled action jointly requested a sixty-day extension of all discovery deadlines set forth in the Case Management Plan and Scheduling Order (the "CMP") adopted by this Court on April 18, 2008. On July 17, 2008, the Court denied the request for an adjournment of the discovery deadlines, and directed the parties to submit a letter explaining why such an adjournment was justified.

Subsequently, by letter dated July 25, 2008, plaintiff indicated that, although all currently noticed depositions are scheduled to be completed by August 11, 2008, it will nevertheless be "extremely difficult" for the parties to meet the August 18, 2008 deposition deadline. Specifically, according to plaintiff, information disclosed at the scheduled deposition of a New York City Police Officer on August 11, 2008 *may* require plaintiff to depose additional employees of the NYPD, thus causing additional delay in the progress of discovery. (*See* Pl.'s July 25 Ltr. at 1-2.)

IT IS HEREBY ORDERED that the parties' request for a sixty-day extension of the discovery deadlines in this case is DENIED. At this time, there is no basis for the Court to conclude that discovery cannot be completed in accord with the schedule set forth in the CMP.

In the event that the parties renew their request for an extension, such a renewed request must (1) indicate any deadline set forth in the CMP that either party has failed to meet, (2) provide an explanation for each such failure, and (3) propose a revised discovery schedule.

SO ORDERED.

Dated:     New York, New York
           August 6, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE