USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAID HAJEM,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 07 Civ. 9491 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference before the Court on March 2, 2009, the following modified schedule was adopted:

    Defendants shall file their motion for summary judgment no later than March 6, 2009.

    Plaintiff shall submit his opposition no later than March 26, 2009.

    Defendants shall file their reply, if any, no later than April 9, 2009.

    For the reasons stated on the record during the conference, IT IS FURTHER ORDERED that the parties' request to reopen discovery is denied, Plaintiff's request for fees is denied, and the late-produced documents referenced in the parties' joint letter dated February 27, 2009 are excluded pursuant to Rule 37 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    March 2, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE