UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAID HAJEM,

                        Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                        Defendants.

No. 07 Civ. 9491 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

RICHARD J. SULLIVAN, District Judge:

    The parties ARE HEREBY ORDERED to appear for oral argument on Defendants' pending motion for summary judgment on January 15, 2010, at 4:00 p.m.

SO ORDERED.

Dated:      New York, New York
               December 9, 2009

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE